JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer<br><br>　　　　Plaintiff,<br><br>v.<br><br>S. M. - Ensley Property, LLC et al<br><br>　　　　Defendants. | Case No.  CV 18-10226-AB (JDEx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 12, 2019　　　　_____
　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.